UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AMAYA YANEZ, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. 8:26-cv-00220-PX |
| KRISTI NOEM *et al.*, | * | |
| Respondents. | | |
| | *** | |

## ORDER

Pursuant to 28 U.S.C. § 2241, the Petition for Habeas Corpus at ECF No. 1 shall be, and hereby is, **GRANTED**. The Court adopts the reasoning of *Maldonado de Leon v. Baker, et al.*, Civ. No. TDC-25-3084, ECF No. 46 (D. Md. Oct. 21, 2025), and the "vast majority of federal courts that have recently considered this issue," *id*. at 16, that contrary to *Matter of Yajure-Hurtado*, 29 I&N Dec. 216 (BIA 2025), Petitioner is subject to the discretionary detention provision of 8 U.S.C. § 1226(a), rather than the mandatory detention provision of § 1225(b).

Petitioner is also a member of the nationwide class defined in *Maldonado Bautista v. Noem* as "[a]ll noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination." *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Thus, the *Bautista* Court's declaratory relief applies to Petitioner. The Court likewise adopts the reasoning of *Bautista* particular to this Petition.

Based on the above, the Court ORDERS that:

1. Respondents are **ENJOINED** from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d);

3. A bond hearing **SHALL** be held within 10 days of the Petitioner's filing of a motion with the Immigration Court;

4. The bond hearing must be conducted by an Immigration Judge with jurisdiction or administrative control over Petitioner's detention, and the hearing must comply with in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions;

5. If bond is granted and petitioner is released, nothing in this Court's order precludes ICE from imposing reasonable conditions of release;

6. The parties **SHALL** provide the Court with a Status Report within 14 days from the date of this Order; and

7. The Court shall **RETAIN** jurisdiction over this matter to enforce compliance with this Order.

Date: January 22, 2026                    _____/s/_____
                                          PAULA XINIS
                                          United States District Judge